FILED

2010 FEB 24 P 2: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80046 MISC VRW

Robert C. Fishman - #110630

_____/

### ORDER TO SHOW CAUSE

It appearing that Robert C. Fishman has been suspended following a criminal conviction by the State Bar Court effective January 11, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 4, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert C. Fishman
Attorney At Law
5709 Hempstead Dr
Agoura Hills, CA 91301