**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80046 MISC VRW

Robert C Fishman,                    ORDER

   State Bar No 110630

_____/

       On February 24, 2010, the court issued an order to show cause (OSC) why Robert C Fishman should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California following a criminal conviction, effective January 11, 2010.

       The OSC was mailed to Mr Fishman's address of record with the State Bar on March 1, 2010 but was returned unclaimed. A written response was due on or before April 2, 2010. No response to the OSC has been filed as of this date.

       The court now orders Robert C Fishman removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

       IT IS SO ORDERED.

                                      VAUGHN R WALKER
                                      United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Robert C Fishman

_____/

Case Number: C 10-80046 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert C Fishman
5709 Hempstead Dr
Agoura Hills, CA   91301

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*